UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

For Online Publication Only

FILED
CLERK
9/29/2026 12:50 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

----------------------------------------------------------------------X

KRISTIN CONWAY,

Plaintiff,

-against-

**MEMORANDUM & ORDER**
24-cv-3647-JMA-ST

SUFFOLK COMMUNITY COLLEGE and ANGELICA RIVERA,

Defendants.

----------------------------------------------------------------------X

**AZRACK, United States District Judge:**

Plaintiff Kristin Conway brings this action against Defendants Suffolk County Community College and Angelica Rivera, alleging that she was discriminated against based on her race and retaliated against for engaging in protected activity in violation of Title VII of the Civil Rights Act of 1964. (ECF No. 12, Am. Compl.); see 42 U.S.C. § 2000e. On May 12, 2025, Defendants moved to dismiss Conway's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), arguing that Conway fails to state a claim for which relief can be granted. (See ECF No. 17-6.) "To survive a [Rule 12(b)(6)] motion to dismiss, a complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009) (quoting Bell Atl. Corp. v. Twombly, 550 U.S. 544, 570 (2007)). Viewing the allegations in the light most favorable to Conway, at this early stage, the allegations in the Amended Complaint are sufficient to state plausible claims for discrimination and retaliation based on race. Therefore, Defendants' motion to dismiss is DENIED.

**SO ORDERED.**

Date September 29, 2026
Central Islip, New York

/s/ JMA
JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE